B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Workflow Management, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Workflow Graphics, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**06-1507104** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**220 E. Monument Avenue**<br>**Dayton, OH 45402-1223**<br>ZIP CODE **45402-1223** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors[1]

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

[1] The estimated creditors, assets, and liabilities indicated herein are stated without prejudice on a consolidated basis for the Debtor and its debtor affiliates other than WF Capital Holdings, Inc. The Debtor will file schedules and a statement of financial affairs pursuant to Fed. R. Bankr. 1007(c) on a date to be determined by this Court. The Debtor reserves the right to amend, revise, and update these estimates as necessary.

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Workflow Management, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- See Annex A -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Workflow Management, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br> X **/s/ Douglas M. Foley** <br> Signature of Attorney for Debtor(s) <br> **Douglas M. Foley** <br> Printed Name of Attorney for Debtor(s) <br> **McGuireWoods LLP** <br> Firm Name <br> **101 W. Main Street** <br> **9000 World Trade Center** <br> **Norfolk, VA 23510** <br> Address <br> **Email: dfoley@mcguirewoods.com** <br> **757-640-3700 Fax:757-640-3957** <br> Telephone Number <br> **September 29, 2010** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> X **/s/ Paul H. Bogutsky** <br> Signature of Authorized Individual <br> **Paul H. Bogutsky** <br> Printed Name of Authorized Individual <br> **Executive VP, CFO, Treasurer** <br> Title of Authorized Individual <br> **September 29, 2010** <br> Date | |

# ANNEX A

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, these entities filed an application requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1. WF CAPITAL HOLDINGS, INC.
2. OLD UE, LLC
3. OLD FGS, INC.
4. WF HOLDINGS, INC.
5. WORKFLOW HOLDINGS CORPORATION
6. WORKFLOW MANAGEMENT, INC.
7. WFMI, INC.
8. WORKFLOW SOLUTIONS LLC
9. WFIH, INC.
10. THE RELIZON COMPANY
11. WORKFLOW OF FLORIDA, INC.
12. WORKFLOW MANAGEMENT ACQUISITION II CORP.
13. SFI OF PUERTO RICO, INC.
14. WORKFLOW DIRECT, INC.
15. RELIZON DE MEXICO INC.
16. RELIZON SNE INC.
17. FORMCRAFT HOLDINGS LIMITED PARTNER, INC.
18. FORMCRAFT HOLDINGS GENERAL PARTNER, INC.
19. RELIZON KNE INC.
20. RELIZON WISCONSIN INC.
21. RELIZON (TEXAS) LTD. LLP

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Norfolk_____ Division

**In re**  Workflow Management, Inc.

|  |  |
|---|---|
| Debtor(s) | Case No. |
| Plaintiff(s) | Chapter  11 |
| v. |  |
| Defendant(s) | Adversary No. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to FRBP 1007(a)(1), or FRBP 7007.1(a) the undersigned counsel for the following corporate entity:

 Workflow Management, Inc.

in the above captioned case or adversary proceeding certifies that the following corporation(s), other than a governmental unit, directly or indirectly owns 10% or more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a):

 Workflow Holdings Corporation

☐ No entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a) *[Check if applicable]*

| | |
|---|---|
|  September 29, 2010 |  /s/ Douglas M. Foley |
| Date | Signature of Debtor's Counsel or Party in Adversary Proceeding |

[cpownstm ver. 3/2004]

Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
(757) 640-3700

Proposed Attorneys for the Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WORKFLOW MANAGEMENT, INC., | ) | |
| et al., | ) | Case No. 10-_____(    ) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

**CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST
UNSECURED CLAIMS AGAINST THE DEBTORS**

Set forth below is a list of creditors holding the thirty (30) largest unsecured claims against Workflow Management, Inc. ("Workflow") and its affiliated debtors as of approximately September 29, 2010. The list has been prepared on a consolidated basis from the books and records of Workflow and its affiliated entities that have contemporaneously commenced chapter 11 cases in this Court (collectively, "the Debtors").[1] The information presented in the list below shall not constitute an admission by, nor is it binding on, the Debtors.[2]

---

[1] The Debtors and the last four digits of the Debtors' taxpayer identification numbers are as follows: Workflow Management, Inc. (7104); Workflow Holdings Corporation (9217); WF Capital Holdings, Inc. (5548); WF Holdings, Inc. (9106); Workflow Direct, Inc. (7497); Workflow Management Acquisition II Corp. (2039); WFIH, Inc. (0527); WFMI, Inc. (4282); Workflow of Florida, Inc. (4281); Workflow Solutions LLC (3769); SFI of Puerto Rico, Inc. (3413); Old FGS, Inc. (1438); Old UE, LLC (4060); The Relizon Company (4702); Relizon Wisconsin Inc. (8440); Relizon (Texas) Ltd., LLP (6437); Relizon SNE Inc. (4537); Relizon KNE Inc. (3935); Relizon de Mexico Inc. (6996); Formcraft Holdings General Partner, Inc. (5683); Formcraft Holdings Limited Partner, Inc. (5684). The mailing address for WF Capital Holdings, Inc., Old FGS, Inc., and Old UE, LLC is 150 West Main Street, Suite 2100, Norfolk, Virginia 23510. For all other Debtors, the mailing address is 220 E. Monument Avenue, Dayton, Ohio 45402.

[2] The Debtors will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and orders of this Court. The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed, and/or subject to setoff. The Debtors reserve the right to identify any of their claims listed in the Schedules as contingent, unliquidated,

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

---

disputed, and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed, and/or subject to setoff nor an admission that the amounts listed are owed by more than one of the Debtors.

**WORKFLOW MANAGEMENT, INC., ET AL.**
**CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS**

| No. | (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| 1 | BRANCH BANKING AND TRUST COMPANY<br>Attn: Jeffrey M. Rubery<br>1909 K Street, N.W.<br>2nd Floor<br>Washington DC 20006 | BRANCH BANKING AND TRUST COMPANY<br>Attn: Jeffrey M. Rubery<br>1909 K Street, N.W.<br>2nd Floor<br>Washington DC 20006<br>Tel: 202-835-9350<br>Fax: 202-835-9287 | Note Payable | | $20,000,000 |
| 2 | THE CARLYLE GROUP<br>Attn: Bruce E. Rosenblum<br>1001 Pennsylvania Avenue, N.W.<br>Washington DC 20004 | THE CARLYLE GROUP<br>Attn: Bruce E. Rosenblum<br>1001 Pennsylvania Avenue, N.W.<br>Washington DC 20004<br>Tel: 202-729-5626<br>Fax: 202-347-1818 | Note Payable | | $12,495,728 |
| 3 | MOHAMED YACOUB<br>Attn: Philippe C. Vachon<br>c/o Borden Ladner Gervais LLP<br>1000 de La Gaucheteiere Street West<br>Bureau/Suite 900<br>Montreal Quebec Canada H3B 5H4 | MOHAMED YACOUB<br>Attn: Philippe C. Vachon<br>c/o Borden Ladner Gervais LLP<br>1000 de La Gaucheteiere Street West<br>Bureau/Suite 900<br>Montreal Quebec Canada H3B 5H4<br>Tel: 514-954-3134<br>Fax: 514-954-1905<br>pvachon@blgcanada.com | Litigation Settlement | | $1,367,275 |
| 4 | UNITED ENVELOPE LONG-TERM UNION PENSION<br>Attn: Mike Quaglia<br>Local 447, GCC/IBT<br>601 Pavonia Avenue<br>Jersey City NJ 07306 | UNITED ENVELOPE LONG-TERM UNION PENSION<br>Attn: Mike Quaglia<br>Local 447, GCC/IBT<br>601 Pavonia Avenue<br>Jersey City NJ 07306<br>Tel: 201-792-9799<br>Fax: 201-792-9729 | Pension Obligations | | $1,094,706 |
| 5 | TENET HEALTHCARE CORPORATION<br>Attn: Richard J. Yonker<br>13737 Noel Road<br>Suite 100<br>Dallas TX 75240 | TENET HEALTHCARE CORPORATION<br>Attn: Richard J. Yonker<br>13737 Noel Road<br>Suite 100<br>Dallas TX 75240<br>Tel: 469-893-6638<br>Fax: 469-893-7638<br>richard.yonker@tenethealth.com | Customer Sales Rebates | | $768,737 |
| 6 | ADECCO EMPLOYMENT SERVICES<br>Attn: Becky Kirchner<br>1099 N. Meridian St<br>Indianapolis IN 46204 | ADECCO EMPLOYMENT SERVICES<br>Attn: Becky Kirchner<br>1099 N. Meridian St<br>Indianapolis IN 46204<br>Tel: 317-237-7990<br>Fax: 317-237-7997<br>Becky.Kirchner@adeccona.com | Trade Vendor | | $679,645 |
| 7 | UNISOURCE WORLDWIDE<br>Attn: John Pavloff<br>6279 Tri-Ridge Blvd<br>Loveland OH 45140 | UNISOURCE WORLDWIDE<br>Attn: John Pavloff<br>6279 Tri-Ridge Blvd<br>Loveland OH 45140<br>Tel: 513-576-1675<br>Fax: 770-734-2000<br>pavloj01@UnisourceLink.Com | Trade Vendor | | $623,438 |

| No. | (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| 8 | APPLETON PAPER<br>Attn: Brad Markey<br>2888 Bark Hill Road<br>York PA 17404 | APPLETON PAPER<br>Attn: Brad Markey<br>2888 Bark Hill Road<br>York PA 17404<br>Tel: 800-360-3520<br>Fax: 717-767-9327<br>bmarkey@appletonideas.com | Trade Vendor | | $567,495 |
| 9 | GEORGIA-PACIFIC CORP<br>Attn: Jim Lagerbloom<br>133 Peachtree St., NE<br>10th Floor<br>Atlanta GA 30303 | GEORGIA-PACIFIC CORP<br>Attn: Jim Lagerbloom<br>133 Peachtree St., NE<br>10th Floor<br>Atlanta GA 30303<br>Tel: 404-652-6844<br>Fax: 404-230-7451<br>jalagerb@gapac.com | Trade Vendor | | $551,517 |
| 10 | FORT JAMES CORP.<br>Attn: Jim Lagerbloom<br>133 Peachtree St., NE<br>10th Floor<br>Atlanta GA 30303 | FORT JAMES CORP.<br>Attn: Jim Lagerbloom<br>133 Peachtree St., NE<br>10th Floor<br>Atlanta GA 30303<br>Tel: 404-652-6844<br>Fax: 404-230-7451<br>jalagerb@gapac.com | Trade Vendor | | $524,343 |
| 11 | NISSAN NORTH AMERICA INC<br>Attn: Ronald Petty<br>One Nissan Way<br>Franklin TN 37067 | NISSAN NORTH AMERICA INC<br>Attn: Ronald Petty<br>One Nissan Way<br>Franklin TN 37067<br>Tel: 615-725-1000<br>Fax: 615-967-3343 | Prepaid Postage | | $498,510 |
| 12 | CAROLINAS SHARED SERVICES, LLC<br>Attn: James Olsen<br>PO Box 32861<br>Charlotte NC 28232 | CAROLINAS SHARED SERVICES, LLC<br>Attn: James Olsen<br>PO Box 32861<br>Charlotte NC 28232<br>Tel: 704-355-3398<br>james.olsen@carolinashealthcare.org | Buying Group Rebate | | $491,169 |
| 13 | NOVATION LLC<br>Attn: General Counsel<br>125 East John Carpenter Freeway<br>Irving TX 75062-2324 | NOVATION LLC<br>Attn: General Counsel<br>125 East John Carpenter Freeway<br>Irving TX 75062-2324<br>Tel: 972-581-5000<br>Fax: 972-581-5013 | Buying Group Rebate | | $473,711 |
| 14 | FIDELITY INVESTMENTS<br>Attn: Jane Greene<br>82 Devonshire St<br>Boston MA 02103 | FIDELITY INVESTMENTS<br>Attn: Jane Greene<br>82 Devonshire St<br>Boston MA 02103<br>Tel: 617-563-7000<br>Fax: 617-476-6150 | Prepaid Postage | | $351,320 |
| 15 | CINGULAR WIRELESS<br>Attn: Richard Lindner<br>208 S Akard St<br>Suite 3700<br>Dallas TX 75202 | CINGULAR WIRELESS<br>Attn: Richard Lindner<br>208 S Akard St<br>Suite 3700<br>Dallas TX 75202<br>Tel: 210-821-4105 Ext 6<br>Fax: 214-741-0198 | Prepaid Postage | | $341,195 |

**WORKFLOW MANAGEMENT, INC., ET AL.**
**CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS**

| No. | (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| 16 | AT&T<br>Attn: Richard Lindner<br>208 S Akard St<br>Suite 3700<br>Dallas TX 75202 | AT&T<br>Attn: Richard Lindner<br>208 S Akard St<br>Suite 3700<br>Dallas TX 75202<br>Tel: 210-821-4105 Ext 6<br>Fax: 214-741-0198 | Prepaid Postage | | $300,932 |
| 17 | ROLLSOURCE PAPERS<br>Attn: Jay Skulborstad<br>7472 Collection Center Dr<br>Chicago IL 60693 | ROLLSOURCE PAPERS<br>Attn: Jay Skulborstad<br>7472 Collection Center Dr<br>Chicago IL 60693<br>Tel: 800-525-7785 Ext 5313<br>Fax: 847-699-9690<br>skulbj01@unisourcelink.com | Trade Vendor | | $266,140 |
| 18 | PACE INDUSTRY UNION MANAGEMENT PENSION FUND<br>Attn: Tonisha M. Franklin<br>3320 Perimeter Hill Drive<br>Nashville TN 37211 | PACE INDUSTRY UNION MANAGEMENT PENSION FUND<br>Attn: Tonisha M. Franklin<br>3320 Perimeter Hill Drive<br>Nashville TN 37211<br>Tel: 615-333-6343<br>Fax: 615-333-5760 | Pension Obligations | Disputed | $261,415 |
| 19 | CENVEO<br>Attn: Al Havens<br>4003 S. Kirk Way<br>Aurora CO 80013 | CENVEO<br>Attn: Al Havens<br>4003 S. Kirk Way<br>Aurora CO 80013<br>Tel: 800-868-9884<br>Fax: 770-632-3385<br>al.havens@cenveo.com | Trade Vendor | | $259,389 |
| 20 | BUSINESS CARD SERVICE<br>Attn: Tom Marchessault<br>3200 143rd Circle<br>Burnsville MN 55306 | BUSINESS CARD SERVICE<br>Attn: Tom Marchessault<br>3200 143rd Circle<br>Burnsville MN 55306<br>Tel: 952-895-6706<br>Fax: 952-736-8506<br>Tom.Marchessault@bsp-mail.com | Trade Vendor | | $230,045 |
| 21 | SANMAR CORP<br>Attn: Sean Lee<br>30500 SE 79th Street<br>Issaquah WA 98027 | SANMAR CORP<br>Attn: Sean Lee<br>30500 SE 79th Street<br>Issaquah WA 98027<br>Tel: 800-346-3369 Ext 4771<br>Fax: 206-727-3203<br>seanlee@sanmar.com | Trade Vendor | | $214,148 |
| 22 | BAPTIST MEMORIAL HEALTH<br>Attn: Donald Pounds<br>350 N Humphreys Blvd<br>Memphis TN 38120 | BAPTIST MEMORIAL HEALTH<br>Attn: Donald Pounds<br>350 N Humphreys Blvd<br>Memphis TN 38120<br>Tel: 901-227-4377<br>Fax: 901-227-5336 | Customer Sales Rebates | | $193,377 |
| 23 | GUARANTY BANK<br>Attn: Isabel Goiri<br>15 20th St<br>Suite 100<br>Birmingham AL 35233 | GUARANTY BANK<br>Attn: Isabel Goiri<br>15 20th St<br>Suite 100<br>Birmingham AL 35233<br>Tel: 205 297-3000<br>Fax: 205-715-7812 | Prepaid Postage | | $184,949 |

**WORKFLOW MANAGEMENT, INC., ET AL.**
**CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS**

| No. | (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| 24 | MEMORIAL HERMANN HEALTHCARE SYSTEM<br>Attn: Richard Imbimbo<br>7777 Southwest Freeway<br>Box 39<br>Houston TX 77074 | MEMORIAL HERMANN HEALTHCARE SYSTEM<br>Attn: Richard Imbimbo<br>7777 Southwest Freeway<br>Box 39<br>Houston TX 77074<br>Tel: 713-448-5000<br>Fax: 713-448-6660 | Customer Sales Rebates | | $183,824 |
| 25 | AGRIBANK<br>Attn: Brian J. O'Keane<br>375 Jackson St.<br>Saint Paul MN 55101 | AGRIBANK<br>Attn: Brian J. O'Keane<br>375 Jackson St.<br>Saint Paul MN 55101<br>Tel: 651-282-8800<br>Fax: 651-282-8666 | Prepaid Postage | | $182,554 |
| 26 | INNERWORKINGS/ SERVICEMASTER/TERMINEX<br>Attn: Todd Andrews<br>General Counsel<br>600 W. Chicago, Suite 850<br>Chicago IL 60654 | INNERWORKINGS/ SERVICEMASTER/TERMINEX<br>Attn: Todd Andrews<br>General Counsel<br>600 W. Chicago, Suite 850<br>Chicago IL 60654<br>Tel: 312-784-2669<br>tandrews@inwk.com | Litigation Settlement | | $150,000 |
| 27 | MEDCOHEALTHSOLUTIONS<br>Attn: Grabiel Cappucci<br>100 Parsons Pond Dr<br>Franklin Lakes NJ 07417 | MEDCOHEALTHSOLUTIONS<br>Attn: Grabiel Cappucci<br>100 Parsons Pond Dr<br>Franklin Lakes NJ 07417<br>Tel: 201-269-3400<br>gabriel_cappucci@medco.com | Prepaid Postage | | $129,095 |
| 28 | LEFAVOR ENVELOPE CO<br>Attn: Jim LeFavor<br>2550 South 900 West<br>Salt Lake City UY 84127 | LEFAVOR ENVELOPE CO<br>Attn: Jim LeFavor<br>2550 South 900 West<br>Salt Lake City UY 84127<br>Tel: 888-533-2867 Ext 104<br>Fax: 801-972-3647<br>jim@lefavor.com | Trade Vendor | | $126,978 |
| 29 | SANTA CLARA VALLEY HEALTH<br>Attn: Peter Kutars and Jeffery Smith<br>70 W Hedding St East<br>San Jose CA 95110 | SANTA CLARA VALLEY HEALTH<br>Attn: Peter Kutars and Jeffery Smith<br>70 W Hedding St East<br>San Jose CA 95110<br>Tel: 408 299-5105<br>Fax: 408-295-3065 | Customer Sales Rebates | | $122,156 |
| 30 | INTEGRIS HEALTH<br>Attn: Wentz Miller<br>3366 N W Expy<br>Suite 800<br>Oklahoma City OK 73112 | INTEGRIS HEALTH<br>Attn: Wentz Miller<br>3366 N W Expy<br>Suite 800<br>Oklahoma City OK 73112<br>Tel: 405 949-6066<br>Fax: 405-951-2526 | Customer Sales Rebates | | $115,653 |

# DECLARATION REGARDING THE CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

    I, Paul H. Bogutsky, Executive Vice President, Chief Financial Officer and Treasurer of Workflow Management, Inc., declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date: September 29, 2010           By: /s/ Paul H. Bogutsky
                                                         Paul H. Bogutsky
                                                         Executive Vice President,
                                                         Chief Financial Officer and Treasurer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

JOINT RESOLUTIONS OF THE BOARDS OF DIRECTORS OF

WORKFLOW MANAGEMENT, INC.
WORKFLOW HOLDINGS CORPORATION
WF CAPITAL HOLDINGS, INC.
WF HOLDINGS, INC.

September 29, 2010

The respective Boards of Directors (collectively, the "Boards") of Workflow Management, Inc., Workflow Holdings Corporation, WF Capital Holdings, Inc., and WF Holdings, Inc. (collectively, the "Companies"), convened a special joint meeting on September 29, 2010. The Boards hereby adopt the following resolutions, as actions of the Boards of Directors of the Companies.

**WHEREAS**, after consultation with the Companies' management and their legal and financial advisors, and after review of the applicable bankruptcy documentation and other relevant information, the Boards have determined that it is in the best interests of the Companies and their creditors, shareholders, and other interested parties to file, on behalf of the Companies, voluntary petitions for relief, and commence bankruptcy cases, under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"),

## I. CHAPTER 11 BANKRUPTCY FILING

**NOW, THEREFORE BE IT RESOLVED**, that the President, Chief Executive Officer, Chief Financial Officer, Vice Presidents, Treasurer, Assistant Treasurer, Secretary, and Managers of Limited Liability Companies, or such other officer of each Company as may be designated by the Chief Executive Officer of such Company (each an "Authorized Officer" and, collectively, the "Authorized Officers") be, and each of them hereby is, appointed by each Board as an authorized signatory in connection with the chapter 11 proceedings authorized herein; and it is further

**RESOLVED**, that, in the judgment of the Boards, it is desirable and in the best interests of the Companies and their creditors, shareholders, and other interested parties, that Chapter 11 petitions be filed by the Companies seeking relief under the provisions of the Bankruptcy Code, and the filing of such petitions is hereby authorized; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute, verify and/or file, or cause to be executed, verified, and/or filed (or direct others to do so on their behalf as provided herein) all necessary and appropriate documents, including, without limitation, all petitions, affidavits, schedules, motions, lists,

applications, pleadings, and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that the Authorized Officers deem necessary, proper, or desirable in connection with the chapter 11 cases, including any and all action necessary, proper, or desirable in connection with obtaining necessary financing and using cash collateral, including, without limitation, granting liens and other means of adequate protection, with a view to the successful prosecution of such cases; and it is further

**RESOLVED**, that the law firm of McGuireWoods LLP be, and hereby is, employed to render legal services to, and to represent, the Companies as general restructuring counsel in connection with the chapter 11 cases and any other related matters and on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the law firm of Tavenner & Beran, PLC, be, and hereby is, employed to render legal services to, and to represent, the Companies as co-counsel and conflicts counsel and in connection with the chapter 11 cases as the Companies may determine; and it is further

**RESOLVED**, that the law firm of Arnold & Porter LLP be, and hereby is, employed to render legal services to, and to represent, the Companies as special counsel in connection with the chapter 11 cases and any other related matters and on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the law firm of Kaufman & Canoles, P.C. be, and hereby is, employed to render legal services to, and to represent, the Companies as corporate counsel in connection with the chapter 11 cases and any other related matters and on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the firm of FTI Consulting be, and hereby is, employed as financial advisor to provide financial advisory services for the Companies in connection with the chapter 11 cases and any other related matters and on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the firm of Kurtzman Carson Consultants LLC be, and hereby is, employed as claims, noticing, and balloting agent for the Companies in connection with the chapter 11 cases and any other related matters and on such terms as any Authorized Officer shall approve.

II.   <u>CHAPTER 11 PLAN OF REORGANIZATION</u>

**BE IT FURTHER RESOLVED,** that, in the judgment of the Boards, it is desirable and in the best interests of the Companies and their creditors, shareholders, and other interested parties, that the Companies file a joint plan of reorganization under

chapter 11 of the Bankruptcy Code, substantially in the form considered by the Board, and the filing of such plan is hereby authorized; and it is hereby

**RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute, verify and/or file, or cause to be executed, verified, and/or filed (or direct others to do so on their behalf as provided herein) such plan of reorganization, and a disclosure statement and other supporting documentation in regard thereto, and to prosecute the confirmation and consummation of such plan; and it is further

**RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute, verify and/or file, or cause to be executed, verified, and/or filed (or direct others to do so on their behalf as provided herein) all necessary and appropriate documents pertaining to such plan and disclosure statement, including those related to: (i) classification of creditors; (ii) treatment of the Companies' prepetition claims; (iii) potential recoveries for creditors; (iv) provisions relating to the disposition of the Companies' assets; (v) funding of exit loans and other financing that may become necessary to accomplish the goals of the plan; (vi) treatment of the Companies' pension obligations; (vii) any releases and indemnification provided under the plan; and (viii) a draft liquidation analysis comparing potential recoveries in a hypothetical chapter 7 liquidation of the Companies' assets, and it is further

**RESOLVED,** that the Authorized Officers are, and each of them hereby is, authorized, directed, and empowered to cause the Companies and their professionals to take the foregoing actions, and to execute any and all documents, agreements, consents and other instruments as may be necessary or appropriate to consummate the foregoing, and to cause the Companies to perform such actions, to execute such documents, agreements, consents and other instruments and to pay any expenses related thereto.

## III. <u>MISCELLANEOUS</u>

**BE IT FURTHER RESOLVED**, that each Authorized Officer be, and each such Authorized Officer hereby is, authorized to prepare, execute and file all applications, certificates or other documentation for any approvals required as a condition, or necessary or useful to effect or facilitate, the transactions contemplated by the chapter 11 cases; and it is further

**RESOLVED**, that all actions heretofore taken by the officers and directors of the Companies with respect to the chapter 11 cases or any of the foregoing resolutions that is consistent with the purpose and intent of the foregoing resolutions is hereby ratified, confirmed and approved in all respects as the proper act and deed of the Companies; and it is further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers be, and they hereby are,

authorized and directed to take or perform or cause to be taken or performed all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Companies, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions; and it is further

**RESOLVED**, that these resolutions shall be effective as of the date written above; and it is further

**RESOLVED**, that the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, documents or instruments described in the foregoing resolutions or any action taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Officers to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and intent and purposes of, the foregoing resolutions.

**[Remainder of page intentionally left blank]**

# WORKFLOW MANAGEMENT, INC.
# WORKFLOW HOLDINGS CORPORATION
# WF CAPITAL HOLDINGS, INC.
# WF HOLDINGS, INC.

## SECRETARY'S CERTIFICATE

The undersigned, L. Scott Seymour, Secretary of the above-named Companies, hereby certifies on behalf of the Companies, as the Secretary of the Companies, and not in any individual capacity as follows:

1. I am the duly qualified and appointed Secretary of the Companies and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Companies.

2. Each of the following persons is a duly elected, qualified and acting Director of the Companies: David M. Davis, Frank H. Pearl, and Brian Leitch.

3. Attached hereto is a true and complete copy of the Resolutions of the Board of Directors of the Companies, duly adopted at a properly convened meeting of the Board of Directors of the Companies by unanimous vote of the directors, in accordance with the bylaws of the Companies.

4. Such resolutions have not been amended, altered, annulled, rescinded or resolved in any manner and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 29th day of September, 2010.

/s/ L. Scott Seymour
L. Scott Seymour
Secretary