Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
(757) 640-3700

Attorneys for the Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WORKFLOW MANAGEMENT, INC., | ) | |
| et al., | ) | Case No. 10-74617-SCS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 17, 2010 AT 9:30 A.M.**

Set forth below are the matters scheduled to be heard before the Honorable Stephen C. St. John, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, Walter E. Hoffman U.S. Courthouse, Fourth Floor, 600 Granby Street, Norfolk, Virginia 23510, on November 17, 2010 at 9:30 a.m. (Eastern Time).

**I.     MATTERS GOING FORWARD**

1.     Application to Employ Venable LLP as Counsel to the Official Committee of Unsecured Creditors (Docket No. 167)

      Response Deadline:     November 1, 2010

      Responses:              None

      Related Filings:        None

Status: This matter is going forward.

Dated: Norfolk, Virginia
November 12, 2010

WORKFLOW MANAGEMENT, INC., et al.

 /s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia, 23510
(757) 640-3700

Attorneys for the Debtors and Debtors in Possession

\27279042.1