Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
(757) 640-3700

Attorneys for the Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WORKFLOW MANAGEMENT, INC., | ) | |
| et al., | ) | Case No. 10-74617-SCS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 30, 2010 AT 9:30 A.M.**

Set forth below are the matters scheduled to be heard before the Honorable Stephen C. St. John, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, Walter E. Hoffman U.S. Courthouse, Fourth Floor, 600 Granby Street, Norfolk, Virginia 23510, on November 30, 2010 at 9:30 a.m. (Eastern Time).

**I.      MATTERS GOING FORWARD**

1.   Application to Employ Protiviti, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors (Docket No. 214)

    Response Deadline:   November 16, 2010

    Responses:   None

| | Related Filings: | Notice of Hearing and Notice of Application to Employ Protiviti, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors (Docket No. 215) |
|---|---|---|
| | Status: | This matter is going forward. |

2. Motion for Order Approving Information Sharing Procedures for the Official Committee of Unsecured Creditors (Docket No. 216)

    Response Deadline:  November 23, 2010

    Responses:  Informal Response by Debtors

    Related Filings:  Notice of Hearing and Notice of Motion for Order Approving Information Sharing Procedures for the Official Committee of Unsecured Creditors (Docket No. 217)

    Corrected Notice of Hearing and Notice of Motion for Order Approving Information Sharing Procedures for the Official Committee of Unsecured Creditors (Docket No. 219)

    Second Corrected Notice of Hearing and Notice of Motion for Order Approving Information Sharing Procedures for the Official Committee of Unsecured Creditors (Docket No. 232)

    Status:  The informal response by the Debtors has been resolved. This matter is going forward.

3. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Rejection Date (Docket No. 280)

    Response Deadline:  November 26, 2010 at 4:00 p.m.

    Responses:  None

    Related Filings:  Notice of Motion and Notice of Hearing on Debtors' Motion for Order Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Rejection Date (Docket No. 282)

    Status:  This matter is going forward.

## II. CONTESTED MATTERS

4. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 26)

    Response Deadline: November 24, 2010

    Reply Deadline: November 29, 2010

    Responses: Objection of Credit Suisse AG, Cayman Islands Branch, as Administrative Agent, to Motion of the Debtors Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 342)

    Corrected Objection of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, to Debtors' Motion for Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief, and Memorandum in Support Thereof(Docket No. 348)

    Debtors' Response to Objections to the Motion of the Debtors for Entry of a Final Order Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or

Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 370)

Related Filings: Interim Order (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 39)

Second Interim Order (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 107)

Notice of Entry of Second Interim Order (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 108)

Notice of Filing of Proposed Third Interim Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 181)

Debtors' Amended Budget (Docket No. 191)

Third Interim Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 199)

Notice of Filing of Proposed Final Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens,

Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 283)

Notice of Designation of Witness of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 344)

Notice of Designation of Exhibits of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 345)

Motion to File Exhibit under Seal by Silver Point Finance, LLC, in its capacity as administrative agent (Docket No. 349)

Plaintiffs' Exhibit List (Docket No. 356)

Plaintiffs' Witness List (Docket No. 357)

Notice of Filing of Revised Proposed Final Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 365)

Notice of Designation of Deposition Testimony of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 366)

Debtors' Designation of Discovery Excerpts to be Offered at the Hearing on November 30, 2010 (Docket No. 371)

Motion of Credit Suisse AG, Cayman Islands Branch, as First Lien Administrative Agent to File Affidavit of Mark Belanger Under Seal (Docket No. 374)

Plaintiffs' Objections to the Exhibits of Credit Suisse AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 375)

Plaintiffs' Objections to the Exhibits of Silver Point Finance, LLC, as Second Lien Administrative Agent (Docket No. 376)

Status: This matter is going forward.

5. Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 284)

   Response Deadline: November 26, 2010 at 12:00 p.m., extended for the Debtors and the Committee until November 29, 2010 at 12:00 p.m.

   Responses: Response of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent, to the Motion of Silver Point Finance, LLC, as Second Lien Administrative Agent, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods or (ii) Authorize and Direct a Sale of the Debtors' Assets (Docket No. 343)

   Opposition of the Official Committee of Unsecured Creditors to the Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 368)

   Debtors' Opposition and Response to Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 369)

   Related Filings: Notice of Motion and Notice of Hearing (Docket No. 285)

   Status: This matter is going forward.

| | |
|---|---|
| Dated: Norfolk, Virginia<br>November 29, 2010 | WORKFLOW MANAGEMENT, INC., et al.<br><br> /s/ Douglas M. Foley  <br>Douglas M. Foley (VSB No. 34364)<br>Patrick L. Hayden (VSB No. 30351)<br>McGUIREWOODS LLP<br>9000 World Trade Center<br>101 West Main Street<br>Norfolk, Virginia, 23510<br>(757) 640-3700 |

Attorneys for the Debtors and Debtors in Possession

\27762529.1