Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
(757) 640-3700

Attorneys for the Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WORKFLOW MANAGEMENT, INC., | ) | |
| et al., | ) | Case No. 10-74617-SCS |
| | ) | |
|     Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 15, 2010 AT 9:30 A.M.**

Set forth below are the matters scheduled to be heard before the Honorable Stephen C. St. John, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, Walter E. Hoffman U.S. Courthouse, Fourth Floor, 600 Granby Street, Norfolk, Virginia 23510, on December 15, 2010 at 9:30 a.m. (Eastern Time).

**I.  CONTINUED MATTERS**

1.  Motion for Entry of an Order (a) Approving Disclosure Statement; (b) Fixing Voting Record Date; (c) Approving Solicitation and Voting Procedures with Respect to Debtors' Plan; (d) Approving Form of Solicitation Package and Notices; and (e) Scheduling Certain Dates in Connection Therewith (Docket No. 354)

    Response Deadline:   December 8, 2010 at 4:00 p.m., extended by Order to December 14, 2010

| | |
|---|---|
| Responses: | Response of Mohamed Yacoub to Motion for Entry of an Order approving Disclosure Statement and Objection to Adequacy of Disclosure Statement (Docket No. 437) |
| Related Filings: | Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization for Workflow Management, Inc. and its Affiliated Debtors (Docket No. 245) |
| | Notice of Hearing to Approve Disclosure Statement (Docket No. 246) |
| Status: | This matter is being adjourned to a date to be determined. |

2. Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 284)

| | |
|---|---|
| Response Deadline: | November 26, 2010 at 12:00 p.m., extended for the Debtors and the Committee until November 29, 2010 at 12:00 p.m. |
| Responses: | Response of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent, to the Motion of Silver Point Finance, LLC, as Second Lien Administrative Agent, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods or (ii) Authorize and Direct a Sale of the Debtors' Assets (Docket No. 343) |
| | Opposition of the Official Committee of Unsecured Creditors to the Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 368) |
| | Debtors' Opposition and Response to Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the |

|  | Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 369) |
|---|---|
| Related Filings: | Notice of Motion and Notice of Hearing (Docket No. 285) |
|  | Order Regarding Matters Heard on November 30, 2010 (Docket No. 419) |
| Status: | This matter is being adjourned to a date to be determined. |

## II. CONTESTED MATTERS

3. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 26)

| Response Deadline: | November 24, 2010 |
|---|---|
| Reply Deadline: | November 29, 2010 |
| Responses: | Objection of Credit Suisse AG, Cayman Islands Branch, as Administrative Agent, to Motion of the Debtors Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 342) |
|  | Corrected Objection of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, to Debtors' Motion for Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) |

Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief, and Memorandum in Support Thereof(Docket No. 348)

Debtors' Response to Objections to the Motion of the Debtors for Entry of a Final Order Pursuant to Bankruptcy Code Sections 105(a), 361 and 363 and Bankruptcy Rule 2002 and 4001 (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection In The Form Of Replacement Liens, Administrative Expense Claims, and Accrual and/or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 370)

| | |
|---|---|
| Related Filings: | Interim Order (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 39) |

Second Interim Order (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 107)

Notice of Entry of Second Interim Order (i) Authorizing Debtors to Use Cash Collateral, (ii) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (iii) Scheduling Final Cash Collateral Hearing, and (iv) Granting Certain Related Relief (Docket No. 108)

Notice of Filing of Proposed Third Interim Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash

Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 181)

Debtors' Amended Budget (Docket No. 191)

Third Interim Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 199)

Notice of Filing of Proposed Final Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 283)

Notice of Designation of Witness of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 344)

Notice of Designation of Exhibits of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 345)

Motion to File Exhibit under Seal by Silver Point Finance, LLC, in its capacity as administrative agent (Docket No. 349)

Plaintiffs' Exhibit List (Docket No. 356)

Plaintiffs' Witness List (Docket No. 357)

Notice of Filing of Revised Proposed Final Order (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtors to Provide Adequate Protection in Form of Replacement Liens, Administrative Expense Claims, and Accrual or Payment of Interest, (III) Scheduling Final Cash Collateral Hearing, and (IV) Granting Certain Related Relief (Docket No. 365)

Notice of Designation of Deposition Testimony of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 366)

Debtors' Designation of Discovery Excerpts to be Offered at the Hearing on November 30, 2010 (Docket No. 371)

Motion of Credit Suisse AG, Cayman Islands Branch, as First Lien Administrative Agent to File Affidavit of Mark Belanger Under Seal (Docket No. 374)

Plaintiffs' Objections to the Exhibits of Credit Suisse AG, Cayman Islands Branch, as First Lien Administrative Agent (Docket No. 375)

Plaintiffs' Objections to the Exhibits of Silver Point Finance, LLC, as Second Lien Administrative Agent (Docket No. 376)

Notice of Designation of (i) Exhibits, (ii) Witness, and (iii) Deposition Testimony of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement (Docket No. 378)

Objection of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, to Debtors' Exhibit List (Docket No. 379)

Debtors' Counter Designation of Discovery Excerpts to be Offered at Trial (Docket No. 380)

Order Regarding Matters Heard on November 30, 2010 (Docket No. 419)

Order Authorizing Second Lien Agent to File Certain Documents under Seal (Docket No. 422)

Order Authorizing First Lien Agent to File Certain Documents under Seal (Docket No. 486)

Status: This matter is going forward.

Dated: Norfolk, Virginia  
December 10, 2010

WORKFLOW MANAGEMENT, INC., et al.

 /s/ Douglas M. Foley  
Douglas M. Foley (VSB No. 34364)  
Patrick L. Hayden (VSB No. 30351)  
McGUIREWOODS LLP  
9000 World Trade Center  
101 West Main Street  
Norfolk, Virginia, 23510  
(757) 640-3700

Attorneys for the Debtors  
and Debtors in Possession