Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
(757) 640-3700

Attorneys for the Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| WORKFLOW MANAGEMENT, INC., ) | | |
| et al., ) | | Case No. 10-74617-SCS |
| ) | | |
| Debtors. ) | | (Jointly Administered) |
| ) | | |

**AMENDED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 13, 2011 AT 1:00 P.M.**

Set forth below are the matters scheduled to be heard before the Honorable Stephen C. St. John, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, Walter E. Hoffman U.S. Courthouse, Fourth Floor, 600 Granby Street, Norfolk, Virginia 23510, on January 13, 2011 at 1:00 p.m. (Eastern Time).

**I.     CONTINUED MATTERS**

1. Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 284)

    Response Deadline:   November 26, 2010 at 12:00 p.m., extended for the Debtors and the Committee until November 29, 2010 at 12:00 p.m.

Responses:
- A. Response of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent, to the Motion of Silver Point Finance, LLC, as Second Lien Administrative Agent, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods or (ii) Authorize and Direct a Sale of the Debtors' Assets (Docket No. 343)

- B. Opposition of the Official Committee of Unsecured Creditors to the Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 368)

- C. Debtors' Opposition and Response to Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 369)

Related Filings:
- A. Notice of Motion and Notice of Hearing (Docket No. 285)
- B. Order Regarding Matters Heard on November 30, 2010 (Docket No. 419)

Status: This matter is being adjourned to a date to be determined.

2. Motion by Local 447 Pension Fund to Extend Time for Filing Proof of Claim (Docket No. 567)

Response Deadline: Extended for the Debtors to seven (7) days prior to hearing

Responses: None as of the date of the filing of this Agenda

Related Filings: Notice of Motion and Notice of Hearing (Docket No. 568)

Status: This matter is being adjourned to a date to be determined.

## II. MATTERS GOING FORWARD

3. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property (Docket No. 635)

    Response Deadline: January 11, 2010

    Responses: None as of the date of the filing of this Agenda

    Related Filings: Notice of Motion and Notice of Hearing (Docket No. 636)

    Status: This matter is going forward.

4. Motion For Entry of an Order (a) Approving Disclosure Statement; (b) Fixing Voting Record Date and Administrative Expense Claim Bar Date; (c) Approving Solicitation and Voting Procedures With Respect to Debtors' Second Amended Plan; (d) Approving Form of Solicitation Package and Notices; (e) Scheduling Certain Dates In Connection Therewith; and (f) Granting the Debtors Authority to Enter Into Asset Purchase Agreement and Pay Certain Fees and Expenses In Connection Therewith (Docket No. 633)

    Response Deadline: January 10, 2011 at 4:00 p.m.

    Responses:
    
    A. United States of America's Limited Objection to Motion for Entry of an Order (a) Approving Disclosure Statement; (b) Fixing Voting Record Date and Administrative Expense Claim Bar Date; (c) Approving Solicitation and Voting Procedures with Respect to Debtors Second Amended Plan; (d) Approving Form of Solicitation Packages and Notices; (e) Scheduling Certain Dates in Connection Therewith; and (f) Granting the Debtors' Authority to Enter into Asset Purchase Agreement and Pay Certain Fees and Expenses in Connection Therewith and Notice of Objection and of Hearing (Docket No. 647)

    B. Pension Benefit Guaranty Corporation's Objection to Disclosure Statement (Docket No. 657)

C. Objection by Mohamed Yacoub to Adequacy of Disclosure Statement (Docket No. 658)

D. Statement of Credit Suisse AG, Cayman Islands Branch, as Administrative Agent, in Response to Debtors' Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date and Administrative Expense Claim Bar Date; (C) Approving Solicitation and Voting Procedures with Respect to Debtors' Second Amended Plan; (D) Approving Form of Solicitation Package and Notices; (E) Scheduling Certain Dates in Connection Therewith; and (F) Granting the Debtors the Authority to Enter into Asset Purchase Agreement and Pay Certain Fees and Expenses in Connection Therewith (Docket No. 662)

E. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date and Administrative Expense Claim Bar Date; (C) Approving Solicitation and Voting Procedures with Respect to Debtors' Second Amended Plan; (D) Approving Form of Solicitation Packages and Notices; (E) Scheduling Certain Dates in Connection Therewith; and (F) Granting the Debtors Authority to Enter into Asset Purchase Agreement and Pay Certain Fees and Expenses in Connection Therewith (Docket No. 663)

Related Filings:

A. Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 631)

B. Corrected Exhibit C to Disclosure Statement Relating to Second Amended Joint Chapter 11 Plan of Reorganization of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 637)

C. Notice of Motion and Notice of Hearing to Approve Disclosure Statement; and Notice of Motion and Notice of Hearing on Debtors' Motion for Entry of an Order (a) Approving Disclosure Statement; (b) Fixing Voting Record Date and Administrative Expense Claim Bar Date; (c) Approving Solicitation and Voting Procedures with respect to Debtors Second Amended Plan; (d) Approving Form of

|  | Solicitation Package and Notices; (e) Scheduling Certain Dates in Connection Therewith; and (f) Granting the Debtors Authority to Enter into Asset Purchase Agreement and Pay Certain Fees and Expenses in Connection Therewith (Docket No. 634) |
|---|---|
| D. | Notice of Filing of Blackline of Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date and Administrative Expense Claim Bar Date; (C) Approving Solicitation and Voting Procedures with Respect to Debtors' Second Amended Plan; (D) Approving Form of Solicitation Package and Notices; (E) Scheduling Certain Dates in Connection Therewith; and (F) Granting the Debtors Authority to Enter into Asset Purchase Agreement and Pay Certain Fees and Expenses in Connection Therewith; and Certain Exhibits Thereto (Docket No. 678) |
| E. | Notice of Filing of Blackline Revisions to Joint Chapter 11 Plan and Disclosure Statement (Docket No. 686) |
| F. | Debtors' Omnibus Response to Disclosure Statement Objections (Docket No. 687) |

Status: This matter is going forward.

Dated: Norfolk, Virginia
January 12, 2011

WORKFLOW MANAGEMENT, INC., et al.

 /s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia, 23510
(757) 640-3700

Attorneys for the Debtors and
Debtors in Possession

\28244283

5