Douglas M. Foley (VSB No. 34364)
Patrick L. Hayden (VSB No. 30351)
McGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
(757) 640-3700

Attorneys for the Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| WORKFLOW MANAGEMENT, INC., ) | | |
| et al., ) | | Case No. 10-74617-SCS |
| ) | | |
| Debtors. ) | | (Jointly Administered) |
| ) | | |

**AMENDED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 24, 2011 AT 1:00 P.M.**

Set forth below are the matters scheduled to be heard before the Honorable Stephen C. St. John, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, Walter E. Hoffman U.S. Courthouse, Fourth Floor, 600 Granby Street, Norfolk, Virginia 23510, on February 24, 2011 at 1:00 p.m. (Eastern Time).

**I.      CONTINUED MATTERS**

1.   Motion by Local 447 Pension Fund to Extend Time for Filing Proof of Claim (Docket No. 567)

    Response Deadline:   Extended for the Debtors to seven (7) days prior to hearing

    Responses:           None as of the date of the filing of this Agenda

    Related Filings:     Notice of Motion and Notice of Hearing (Docket No. 568)

    Status:              The Debtors request that this matter be adjourned to March 21, 2011 at 9:30 a.m.

**II. CONFIRMATION MATTERS**

2.  Debtors' Motion for an Order in Aid of Confirmation Pertaining to the Administrative Expense Claim Reserve (Docket No. 789)

    Response Deadline: February 22, 2011

    Responses:

        A. Response of Ohio Bureau of Workers' Compensation to Debtors' Motion for an Order in Aid of Confirmation Pertaining to the Administrative Expense Claim Reserve (Docket No. 844)

    Related Filings:

        A. Notice of Filing of Certain Amended Exhibits to Debtors' Motion for an Order in Aid of Confirmation Pertaining to the Administrative Expense Claim Reserve (Docket No. 833)

    Status: This matter is going forward.

3.  Debtors' Motion for an Order in Aid of Confirmation Pertaining to Certain Insurance Policies (Docket No. 785)

    Response Deadline: February 22, 2011

    Responses: None as of the date of the filing of this Agenda

    Status: This matter is going forward.

4.  Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 717)

    Response Deadline: February 17, 2011

    Responses:

        A. Nevada Department of Taxation's Objection to Confirmation of Proposed Third Amended Chapter 11 Plan (Docket No. 747)

        B. United States of America's Objection to Confirmation of Third Amended Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 796)

        C. PBGC's Objection to the Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 803)

  D. Objection of Relizon Holdings, LLC to Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan (Docket No. 804)

  E. Objection of Mohamed Yacoub to Confirmation of Third Amended Plan and Memorandum in Support (Docket No. 806)

Related Filings:

  A. Disclosure Statement Relating to Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 718)

  B. Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date and Administrative Expense Claim Bar Date; (C) Approving Solicitation and Voting Procedures With Respect to Debtors' Third Amended Plan; (D) Approving Form of Solicitation Package and Notices; (E) Scheduling Certain Dates in Connection Therewith; and (F) Granting the Debtors Authority to Enter Into Asset Purchase Agreement and Pay Certain Fees and Expenses in Connection Therewith (Docket No. 719)

  C. Notice of Filing of Executed Asset Purchase Agreement (Docket No. 721)

  D. Perseus' Response to the Confirmation Objections Filed by Relizon Holdings, LLC and Mohamed Yacoub (Docket No. 834)

  E. Statement of Silver Point Finance, LLC, as Administrative Agent Under the Second Lien Credit Agreement, in Support of Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan (Docket No. 846)

  F. Notice of Errata to Perseus' Response to the Confirmation Objections Filed by Relizon Holdings, LLC and Mohamed Yacoub (Docket No. 848)

  G. Debtors' Memorandum of Law in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Reorganization of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 849)

  H. Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Confirming Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 850)

    I. Notice of Filing of Declarations in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 851)

    J. Declaration of Evan Gershbein Regarding Tabulation of Ballots with Respect to Vote on Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 853)

  Status: This matter is going forward.

5. Notice of Filing Plan Supplement Relating to Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 794)

  Responses:

    A. Objection by Shapco Printing, Inc. to Confirmation of Debtors' Third Amended Joint Chapter 11 Plan (Docket No. 802)

    B. Objection of Stylecraft Printing Company, Inc., Stylerite Label Corp, and Morgan Adhesives Company d/b/a Matac to Debtors' Plan (Docket No. 807)

    C. Ennis Entities' Objection to Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 832)

    D. SSTTech, Inc.'s Objection to Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 837)

    E. Oracle's Rights Reservation Regarding Debtors': (1) Plan Supplement and (2) Notice to Counterparties to Contracts and Leases Regarding Filing of Plan Supplement Exhibits (Docket No. 840)

    F. Objection of Sonar Asset Management, LLC to Confirmation of Debtors' Third Amended Joint Chapter 11 Plan (Docket No. 841)

    G. Objection of Shaw Industries Group Inc. and Anderson Hardwood Floors, LLC to Proposed Cure Costs (Docket No. 842)

    H. Objection of United Parcel Service, Inc. and United Parcel Service General Services Company, Inc. to Proposed Cure Amounts (Docket No. 843)

    I. Supplemental Objection of Stylecraft Printing Company, Inc., Stylerite Label Corp, and Morgan Adhesives Company d/b/a

      MACtac to Debtors' Plan and Objection to Schedule of Cure Costs (Docket No. 845)

    J. Trans Advantage, Inc.'s Objection to Third Amended Joint Chapter 11 Plan (Objection to Proposed Cure Costs) (Docket No. 847)

    K. Trans Advantage, Inc.'s Amended Objection to Third Amended Joint Chapter 11 Plan (Objection to Proposed Cure Costs) (Docket No. 854)

    L. Trans Advantage, Inc.'s Objection to Third Amended joint Chapter 11 Plan (Objection to Proposed Cure Costs) (Docket No. 855)

 Related Filings:

    A. Notice to Counterparties to Contracts and Leases Regarding Filing of Plan Supplement Exhibits (Docket No. 795)

    B. Notice of Filing of Certain Amended Plan Supplement Documents, Designation of Additional Plan Document and Designation of Plan Administrator Relating to Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 811)

    C. Notice of Filing of Certain Amended Plan Supplement Contract Schedules Relating to Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and Its Affiliated Debtors (Docket No. 852)

 Status:    This matter is going forward.

## III. OTHER MATTERS

6. Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 284)

 Response Deadline: November 26, 2010 at 12:00 p.m., extended for the Debtors and the Committee until November 29, 2010 at 12:00 p.m.

 Responses:

|   |    |    |
|---|----|----|
|   | A. | Response of Credit Suisse, AG, Cayman Islands Branch, as First Lien Administrative Agent, to the Motion of Silver Point Finance, LLC, as Second Lien Administrative Agent, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods or (ii) Authorize and Direct a Sale of the Debtors' Assets (Docket No. 343) |
|   | B. | Opposition of the Official Committee of Unsecured Creditors to the Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 368) |
|   | C. | Debtors' Opposition and Response to Motion of Silver Point Finance, LLC, as Administrative Agent under the Second Lien Credit Agreement, Pursuant to Section 1121(d) of the Bankruptcy Code to (i) Terminate the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto or, in the Alternative, (ii) Authorize and Direct a Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and Memorandum in Support Thereof (Docket No. 369) |

Related Filings:
    A.    Notice of Motion and Notice of Hearing (Docket No. 285)

    B.    Order Regarding Matters Heard on November 30, 2010 (Docket No. 419)

Status:    If the Plan is confirmed, this matter will be moot.

Dated: Norfolk, Virginia　　　　　　　WORKFLOW MANAGEMENT, INC., et al.
　　　　　February 23, 2011

　　　　　　　　　　　　　　　　　　　/s/ Douglas M. Foley
　　　　　　　　　　　　　　　　　　　Douglas M. Foley (VSB No. 34364)
　　　　　　　　　　　　　　　　　　　Patrick L. Hayden (VSB No. 30351)
　　　　　　　　　　　　　　　　　　　McGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　9000 World Trade Center
　　　　　　　　　　　　　　　　　　　101 West Main Street
　　　　　　　　　　　　　　　　　　　Norfolk, Virginia, 23510
　　　　　　　　　　　　　　　　　　　(757) 640-3700

　　　　　　　　　　　　　　　　　　　Attorneys for the Debtors and
　　　　　　　　　　　　　　　　　　　Debtors in Possession

\29603157.2