UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WORKFLOW MANAGEMENT INC., *et al.*, | ) | Case No. 10-74617 (SCS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SNH Medical Office Properties Trust** | **Hub Properties Trust** |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferor should be sent: |
| **SNH Medical Office Properties Trust**<br>**c/o Reit Management & Research LLC**<br>**Two Newton Place**<br>**255 Washington Street, Suite 300**<br>**Newton, MA 02458-1634** | **Hub Properties Trust**<br>**c/o Reit Management & Research LLC**<br>**Two Newton Place**<br>**255 Washington Street, Suite 300**<br>**Newton, MA 02458-1634** |
| **Telephone: (617) 332-3990**<br>Last Four Digits of Acct #: N/A | **Telephone: (617) 332-3990**<br>Last Four Digits of Acct #: N/A |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Telephone:<br>Last Four Digits of Acct #: N/A | Court Claim # (if known): __1117__ (as amended)<br>Amount of Claim: __$6,086.52__ (as amended)<br>Date Claim Filed: __December 7, 2010__ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __7/13/11__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US1DOCS 7983041v1

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

See attached Assignment and Assumption of Leases and Contracts

[216 Mall Boulevard, King of Prussia, PA]

## ASSIGNMENT AND ASSUMPTION OF LEASES AND CONTRACTS

THIS ASSIGNMENT AND ASSUMPTION OF LEASES AND CONTRACTS (this "Assignment") is entered into as of the 26th day of January, 2011 by and between **HUB PROPERTIES TRUST**, a Maryland real estate investment trust ("Assignor"), and **SNH MEDICAL OFFICE PROPERTIES TRUST**, a Maryland real estate investment trust ("Assignee").

### Recitals

A. Assignor is the landlord under those certain leases as more particularly described on Exhibit A attached hereto (the "Leases") which relate to that certain real property known as 216 Mall Boulevard, King of Prussia, Pennsylvania, and more particularly described on Exhibit B attached hereto (the "Property").

B. Assignor and Assignee (as successor in interest to Senior Housing Properties Trust) are parties to that certain Purchase and Sale Agreement, dated as of November 12, 2010, as the same has been assigned, pursuant to which, among other things, Assignor has agreed to sell, and Assignee has agreed to purchase, the Property and Assignor has agreed to assign, and Assignee has agreed to assume, the Leases and all other transferable licenses, contracts, permits and agreements affecting the Property (collectively, the "Contracts"), subject to the terms and conditions hereinafter set forth.

For valuable consideration, the receipt and sufficiency of which is acknowledged, Assignor and Assignee hereby agree as follows:

1. Assignor assigns to Assignee all of Assignor's right, title and interest in and to the Leases and the Contracts and to any and all security deposits, letters of credit and guarantees given in connection with the Leases.

2. Assignee hereby assumes all of Assignor's obligations and liabilities under the Leases and the Contracts and agrees to perform all of the landlord's obligations under the Leases, and Assignor's obligations under the Contracts, arising from and after the date hereof.

3. Assignor hereby indemnifies Assignee and agrees to hold Assignee harmless from and against all claims, expenses, losses or damages to the extent arising out of: (a) the landlord's obligations and liabilities under the Leases arising prior to the date hereof, and/or (b) Assignor's obligations and

{B1236477; 1}

liabilities under the Contracts arising prior to the date hereof.

4. Assignee hereby indemnifies Assignor and agrees to hold Assignor harmless from and against all claims, expenses, losses or damages to the extent arising out of: (a) the landlord's obligations and liabilities under the Leases arising from and after the date hereof, and/or (b) Assignor's obligations and liabilities under the Contracts arising from and after the date hereof.

5. This Assignment shall be binding on, and inure to the benefit of, the parties hereto, their respective successors in interest, and their respective assigns.

6. This Assignment shall be governed by, and construed in accordance with, the laws of the Commonwealth of Massachusetts.

7. THE DECLARATION OF TRUST ESTABLISHING THE ASSIGNOR, DATED SEPTEMBER 12, 1996, AS AMENDED AND SUPPLEMENTED, AS FILED WITH THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND, PROVIDES THAT NO TRUSTEE, OFFICER, SHAREHOLDER, EMPLOYEE OR AGENT OF THE ASSIGNOR SHALL BE HELD TO ANY PERSONAL LIABILITY, JOINTLY OR SEVERALLY, FOR ANY OBLIGATION OF, OR CLAIM AGAINST, THE ASSIGNOR. ALL PERSONS DEALING WITH THE ASSIGNOR IN ANY WAY SHALL LOOK ONLY TO THE ASSETS OF THE ASSIGNOR FOR THE PAYMENT OF ANY SUM OR THE PERFORMANCE OF ANY OBLIGATION.

8. THE DECLARATION OF TRUST ESTABLISHING ASSIGNEE, DATED MAY 19, 2008, AS AMENDED AND SUPPLEMENTED, AS FILED WITH THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND, PROVIDES THAT NO TRUSTEE, OFFICER, SHAREHOLDER, EMPLOYEE OR AGENT OF ASSIGNEE SHALL BE HELD TO ANY PERSONAL LIABILITY, JOINTLY OR SEVERALLY, FOR ANY OBLIGATION OF, OR CLAIM AGAINST, ASSIGNEE. ALL PERSONS DEALING WITH ASSIGNEE IN ANY WAY SHALL LOOK ONLY TO THE ASSETS OF ASSIGNEE FOR THE PAYMENT OF ANY SUM OR THE PERFORMANCE OF ANY OBLIGATION.

9. This Assignment may be executed in any number of counterparts, any of which may contain the signatures of less than all of the parties, and all of which shall be construed together as a single instrument.

{B1236477; 1}

IN WITNESS WHEREOF, Assignor and Assignee have each executed this Assignment as of the date first written above.

ASSIGNOR:

HUB PROPERTIES TRUST, a Maryland real estate investment trust

By: _____
Adam D. Portnoy, President


ASSIGNEE:

SNH MEDICAL OFFICE PROPERTIES TRUST, a Maryland real estate investment trust

By: _____
David J. Hegarty, President


COMMONWEALTH OF MASSACHUSETTS )
                              ) ss
COUNTY OF MIDDLESEX           )

On this 18th day of January, 2011, before me, the undersigned notary public, personally appeared Adam D. Portnoy, President of HUB PROPERTIES TRUST, a Maryland real estate investment trust, personally known to me to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public

My Commission Expires:

JUDITH A. CROWLEY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 7, 2017

{B1236477; 1}

COMMONWEALTH OF MASSACHUSETTS )
) ss
COUNTY OF MIDDLESEX )

On this 10th day of January, 2011, before me, the undersigned notary public, personally appeared David J. Hegarty, President of SNH MEDICAL OFFICE PROPERTIES TRUST, a Maryland real estate investment trust, personally known to me to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Judith A. Crowley
Notary Public

My Commission Expires:



JUDITH A. CROWLEY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 7, 2017

{B1236477; 1}

[216 Mall Boulevard, King of Prussia, PA]

## EXHIBIT A

**LEASES**

[See attached list.]

{B1236477; 1}

## INDEX
## Lease

### 216 Mall Blvd.
### Dental Wellness Center

1. **Office Lease Agreement,** dated September 15, 2004, by and between Hub Properties Trust ("Landlord") and Tony Lim, D.M.D. d/b/a Dental Wellness Centers ("Tenant").

U:\RMR\USERS\Lease Files\602000's\602590 - 216 Mall Boulevard\Dental Wellness Center, Tony Lim, D.M.D. dba - Ste. 011\Index-Lease\INDEX-Lease.doc

{B1202030; 1}

## INDEX
## Lease

**216 Mall Blvd.**
**Eastern PA Comprehensive Sleep**

1.  **Indemnity Agreement,** dated July 22, 2003, by and between Eastern Pennsylvania Comprehensive Sleep Disorder Centers, Inc. ("Indemnitor") and Hub Properties Trust ("Owner").

2.  **Office Lease Agreement,** dated July 23, 2003, by and between Hub Properties Trust ("Landlord") and Eastern Pennsylvania Comprehensive Sleep Disorder Centers, Inc. ("Tenant").

U:\RMR\USERS\Lease Files\602000's\602590 - 216 Mall Boulevard\Eastern PA Comprehensive Sleep - Ste. 010\Index-Lease\INDEX-Lease.doc

{B1202030; 1}

## INDEX
## Lease

### 216 Mall Blvd.
### Fidelity Commercial Real Estate Alliance, Inc.

1. **Office Space Lease Agreement,** dated September 15, 1997, by and between 210 & 216 Mall Boulevard Associates Limited Partnership ("Landlord") and Fidelity Commercial Real Estate Alliance, Inc. ("Tenant").

2. **First Amendment of Lease,** dated July 18, 2002, by and between Hub Properties Trust, successor in interest to 210 & 216 Mall Boulevard Associates Limited Partnership ("Landlord") and Fidelity Commercial Real Estate Alliance, Inc. ("Tenant").

3. **Second Amendment of Lease,** dated May 13, 2003, by and between Hub Properties Trust ("Landlord") and Fidelity Commercial Real Estate Alliance, Inc. ("Tenant").

4. **Third Amendment of Lease,** dated June 4, 2008, by and between Hub Properties Trust ("Landlord") and Fidelity Commercial Real Estate Alliance, Inc. ("Tenant").

U:\RMR\USERS\Lease Files\602000's\602590 - 216 Mall Boulevard\Fidelity Commercial Real Estate Alliance, Inc. - Ste. 120\Index-Lease\INDEX-Lease.doc

{B1202030; 1}

## INDEX
### Lease

216 Mall Blvd.
LCA Vision, Inc.

1. **Office Lease Agreement,** dated May 25, 2000, by and between Hub Properties Trust ("Landlord") and LCA Vision, Inc. ("Tenant").

2. **First Amendment to Lease,** dated June 29, 2005, by and between Hub Properties Trust ("Landlord") and LCA Vision, Inc. ("Tenant").

3. **Second Amendment to Lease,** dated June 1, 2010, by and between Hub Properties Trust, ("Landlord") and LCA Vision, Inc. ("Tenant").

U:\RMR\USERS\Lease Files\602000's\602590\LCA Vision, Inc. - Ste. 100\Index-Lease\INDEX-Lease.doc

{B1202030; 1}

## INDEX
## Lease

### 216 Mall Blvd.
### Main Line Plastic Surgery & Laser Assoc.

1. **Office Space Lease,** dated December 23, 1997, by and between 210 & 216 Mall Boulevard Associates Limited Partnership ("Landlord") and Main Line Plastic Surgery & Laser Associates, LTD. ("Tenant").

U:\RMR\USERS\Lease Files\602000's\602590 - 216 Mall Boulevard\Main Line Plastic Surgery & Laser Associates, LTD - Ste. 200\Index-Lease\INDEX-Lease.doc

{B1202030; 1}

## INDEX
## Lease

### 216 Mall Blvd.
### Terence K. Heaney & Assoc.

1. **Office Space Lease Agreement,** dated November 25, 1997, by and between 210 & 216 Mall Boulevard Associates Limited Partnership ("Landlord") and Terence K. Heaney and Associates ("Tenant").

2. **First Amendment of Lease,** dated September 27, 2002, by and between Hub Properties Trust, successor in interest to 210 & 216 Mall Boulevard Associates Limited Partnership ("Landlord") and Terence K. Heaney and Associates ("Tenant").

3. **Second Amendment to Lease,** dated November 1, 2007, by and between Hub Properties Trust ("Landlord") and Terence K. Heaney and Associates ("Tenant").

U:\RMR\USERS\Lease Files\602000's\602590 - 216 Mall Boulevard\Terence K. Heaney and Associates  - Ste. 001\Index-Lease\INDEX-Lease.doc

{B1202030; 1}

## INDEX
### Lease

216 Mall Blvd.
Workflow Solutions LLC

1. **Office Lease Agreement,** dated January 4, 2005, between Hub Properties Trust ("Landlord") and Workflow Solutions LLC ("Tenant").

2. **First Amendment to Office Lease,** dated August 6, 2009, between Hub Properties Trust ("Landlord") and Workflow Solutions LLC ("Tenant").

U:\RMR\USERS\Lease Files\602000's\602590 - 216 Mall Boulevard\Workflow Solutions LLC - Ste. 220\Index-Lease\INDEX-Lease.doc

{B1202030; 1}

## EXHIBIT B

**PROPERTY**

[See attached legal description.]

{B1236477; 1}

216 Mall Boulevard
King of Prussia, PA

## Legal Description

Parcel I

ALL THAT CERTAIN tract of land Situate in Upper Merion Township, Montgomery County, Pennsylvania, bounded and described in accordance with a survey made by Momenee Survey Group, Inc. Bryn Mawr, PA, dated August 26, 1996, last revised January 5, 1998.

BEGINNING at a point on the Southeasterly side of Conrad Drive, said point being measured the two following courses and distances from the intersection of the said Southeasterly side of Conrad Drive and the Northeasterly side of Pulaski Drive (1) North 36 degrees 01 minute 00 seconds East 135.82 feet to a point and (2) North 33 degrees 07 minutes 54 seconds East 224.36 feet to the point of beginning; THENCE extending from said beginning point and continuing along said Southeasterly side of Conrad Drive the four following courses and distances: (1) North 33 degrees 07 minutes 54 seconds East 73.64 feet to a point of curve; (2) Northeastwardly on the arc of a circle curving to the right having a radius of 586.62 feet the arc distance of 163.45 feet to a point of compound curve; (3) Northeastwardly on the arc of a circle curving to the right having a radius of 370.85 feet the arc distance of 199.99 feet to a point of compound curve; and (4) Northeastwardly on the arc of a circle curving to the right having a radius of 125.98 feet the arc distance of 115.15 feet to a point of tangent on the Southwesterly side of Goddard Boulevard; THENCE extending along same South 14 degrees 56 minutes 30 seconds East 267.27 feet to a point, a corner of land now or late of Hemar Realty Co.; THENCE extending along the same the two following courses and distances: (1) North 63 degrees 21 minutes 00 seconds West 273.64 feet to a point; and (2) South 26 degrees 39 minutes 00 seconds West 189.00 feet to a point; THENCE extending North 64 degrees 30 minutes 50 seconds West 199.98 feet to a point on the Southeasterly side of Conrad Drive the first mentioned point and place of beginning.

BEING IDENTIFIED AND KNOWN AS GENERAL WASHINGTON BUILDING SITE ON SAID PLAN.

AND GODDARD BOULEVARD IS NOW KNOWN AS MALL BOULEVARD

BEING COUNTY TAX PARCEL NUMBER - 58-00-08470-51-7

BEING known as 216 Mall Boulevard, King of Prussia, Pennsylvania.

Parcel II

TOGETHER with and subject to the easements rights set forth in Deed Book 4447, Page 515, as amended by Deed Book 4625, Page 281.


BEING THE SAME PREMISES WHICH 210 & 216 MALL BOULEVARD ASSOCIATES LIMITED PARTNERSHIP, A PENNSYLVANIA LIMITED PARTNERSHIP, BY DEED DATED 01/26/1998 AND RECORDED 02/23/1998 IN THE OFFICE OF THE RECORDER OF DEEDS, IN AND FOR THE COUNTY OF MONTGOMERY, COMMONWEALTH OF PENNSYLVANIA, IN DEED BOOK 5216 PAGE 2329, GRANTED AND CONVEYED UNTO HUB PROPERTIES TRUST, A MARYLAND REAL ESTATE INVESTMENT TRUST, ITS SUCCESSORS AND ASSIGNS, IN FEE.

{B1231210;3}