

**JL Consultants, Inc.**

William Kaye
Managing Director

Mailing Address: Workflow Management, Inc., et al.,
Old WM, Inc., Preference Program
1 East Pratt Street, Suite 800
Baltimore, MD 21202

Telephone: 410.454.6841
E-mail: OldWMPreference@yahoo.com

## BANKRUPTCY PREFERENCE DEMAND – IMMEDIATE ATTENTION REQUIRED

September 22, 2011

Re:   In re *Workflow Management, Inc., et al., n/k/a Old WM, Inc. et al.*
Chapter 11, Bankruptcy Case No. 10-74617(SCS)[1] *(Jointly Administered)*

Payments Received in Preference Period:   **$75,000.00**
Settlement Offer (80% of Payments):   **$60,000.00**

Dear Sir or Madam:

On September 29, 2010 (the "*Petition Date*"), Workflow Management, Inc. and twenty of its subsidiaries and affiliates (collectively, the "*Debtors*" or "Workflow") commenced cases under Chapter 11 of the United States Bankruptcy Code (the "*Chapter 11 Cases*") in the United States Bankruptcy Court for the Eastern District of Virginia, Norfolk Division (the "*Bankruptcy Court*"). On February 25, 2011, the Bankruptcy Court entered the Findings of Fact, Conclusions of Law and Order Confirming the Third Amended Joint Plan of Workflow Management, Inc. and its affiliated Debtors (the "Confirmation Order"). Pursuant to the Confirmation Order, the Bankruptcy Court confirmed the Third Amended Joint Chapter 11 Plan of Workflow Management, Inc. and its Affiliated Debtors, as modified (the "Plan") with an Effective Date of March 2, 2011.

Sections 547 and 550 of the Bankruptcy Code empower a debtor or a trustee to recover payments made to creditors during the 90-day period prior to a debtor's bankruptcy filing, as such payments are deemed to be "preferential payments." The purpose of these "preference" provisions is to facilitate the bankruptcy policy of equality of distribution among creditors of a debtor. Pursuant to the Plan, the Avoidance Actions vested with the Post-Effective Date Debtors ("OldWM") authority to recover preference payments from creditors.

OldWM has reviewed the potential preference claims involving your company. According to the Debtors' records, **Kurtzman Carson Consultants** received approximately **$75,000.00** during the 90-day preference period. A summary of all relevant payments received by Kurtzman Carson Consultants is enclosed.

In an effort to quickly and amicably resolve the claim against your company without the need for litigation, OldWM offers to accept payment from **Kurtzman Carson Consultants** in the amount of **$60,000.00** (the "*Settlement Amount*"), representing 80% of the amount your company received, which payment will result in the satisfaction of all preference claims against your company. Please note that upon payment of this Settlement Amount, your company will not be granted a claim in these Bankruptcy Cases for this amount paid, nor will any other claims your company has be affected.

To accept this settlement offer, OldWM must receive your company's payment of the Settlement Amount (in immediately available U.S. funds) along with an executed copy of the enclosed "Settlement Offer and Agreement Form" at the address below no later than the close of business on October 14, 2011. Please make your check payable to "Old WM, Inc." and mail it to the following address:

**Workflow Management, Inc., et al., Bankruptcy Cases**　　　　　　　　　　September 22, 2011
**OLDWM, Inc., Preference Program**　　　　　　　　　　　　　　　　　　　　　　Page - 2

        Old WM, Inc. Preference Program
        1 East Pratt Street, Suite 800
        Baltimore, MD 21202

If OldWM's settlement offer is not timely and properly accepted, this settlement offer will be automatically withdrawn, and OldWM will be forced to initiate legal action in the Bankruptcy Court to recover, among other things, the full value of the preference claim against your company, plus interest at the highest applicable rate allowed under the Bankruptcy Code, plus any other amounts available under the law. In addition, if your company filed a claim in the Chapter 11 Cases, your company's claim may not be eligible to receive any distribution made to unsecured creditors under the Plan unless the preference claim against your company is resolved. Therefore, please recognize this settlement proposal is your company's opportunity to get this matter resolved at a discount and without having to incur your own legal costs.

This confidential letter is provided for settlement purposes only and, as such, any statements contained herein are inadmissible pursuant to Federal Rule of Evidence 408. Nothing contained herein should be construed as an admission of fact or law by Workflow Management, Inc. or any of the Affiliated Debtors. To the extent that we determine that additional preferential payments not yet considered or discovered were received by you during the ninety (90) day preference period, OldWM expressly reserves all rights with regard thereto at this time.

If you have any questions regarding this demand, you may contact us by phone at 410.454.6841 or by email to OldWMPreferences@yahoo.com. Additionally, if you have an attorney, you may direct this letter to him or her and provide the undersigned with his or her contact information.

We hope that once you have reviewed these materials, you will take advantage of this opportunity to resolve this matter for a discounted amount without the need and expense of further collection efforts or litigation. We invite your questions and responses, and thank you in advance for your cooperation.

                          Very truly yours,
                          Workflow Management, Inc., et al.,
                          Post-Effective Date Debtors

                          William Kaye, Managing Director
                          JLL Consultants, Inc., Plan Administrator

Enclosures

---

[1] Workflow Management, Inc.'s Affiliated Debtors include Workflow Holdings Corporation, Workflow Solutions LLC, Workflow Direct, Inc., WF Capital Holdings, Inc., WF Holdings, Inc., Workflow of Florida, Inc., Workflow Management Acquisition II Corp., WFIH, Inc., WFMI, Inc., The Relizon Company, Relizon KNE, Inc., Relizon SNE Inc., Old FGS, Inc., Old UE, LLC., SFI of Puerto Rico, Inc., Relizon Wisconsin Inc., Relizon (Texas) Ltd. LLP, Relizon De Mexico Inc., Formcraft Holdings General Partner, Inc., and Formcraft Holdings Limited Partner, Inc.

## Workflow Management, Inc., et al.
## Payment Listing for Kurtzman Carson Consultants

| Debtor | Payment Date | Payment Amount |
|---|---|---|
| The Relizon Company | 9/23/2010 | $75,000.00 |
| | Totals for 1 Payments | $75,000.00 |

Source: Schedule of Financial Affairs Schedule 3b - Payments to Creditors